KING REFRIGERATOR CORPORATION, Appellant, v. KING METAL PRODUCTS, INC., Respondent.— Action to restrain the defendant from manufacturing and selling ice refrigerators under its corporate name, and requiring it to desist its unfair competition. On the previous appeal we held the complaint to be sufficient as a matter of mere pleading (271 App. Div. 929). After a trial, Special Term dismissed the complaint, and plaintiff appeals. Judgment unanimously affirmed, with costs. (*Baff* v. *Dog & Cat Food Products, Inc.*, 259 App. Div. 923, affd. 285 N. Y. 793.) Present — Johnston, Acting P. J., Adel, Nolan, Sneed and Wenzel, JJ.

LAWRENCE M. LEVIN et al., Respondents, v. BERT F. BUSER, INC., et al., Appellants, et al., Defendants.— Action to recover the amount of a deposit, paid by plaintiffs to appellants, as agents, upon the purchase of real property, as the result of appellants' alleged fraudulent misrepresentation as to availability of a mortgage loan. Order of the City Court of Mount Vernon, denying motion to dismiss complaint for insufficiency or, in the alternative to strike out the thirteenth paragraph thereof, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

OWEN A. MANDEVILLE, Respondent, v. DOUGLAS F. STORER, Appellant.— In an action to recover brokerage commissions, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Adel, Nolan, Sneed and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MATURO, Appellant.— Judgments of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crimes of keeping a disorderly house, maintaining a nuisance, and selling liquor without a license, as charged in two informations, tried together pursuant to stipulation, unanimously affirmed. No opinion. Appeal from orders dismissed. No such orders are printed in the record on appeal. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SMIRTI, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPHINE MICELLI, Appellant.— Judgments of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendants of the crime of book-making, reversed on the law and the facts, the information dismissed, and the fines remitted. The evidence of telephone talk heard by the police officers was not sufficiently connected with defendants and should not have been received. The remaining circumstantial evidence, including the wagering slips, which were not proved to be in the handwriting of defendants, was insufficient to establish guilt beyond a reasonable doubt. Adel, Nolan and Wenzel, JJ., concur; Lewis, P. J., and Johnston, J., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO STRAUSS, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of assault in the third degree, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.